IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN G. HARING,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.                               Case No. 11-cv-825-DRH

## ORDER

**HERNDON, Chief Judge:**

    On September 12, 2011, plaintiff Susan G. Haring filed this action against the Commissioner of Social Security (Doc. 3). Specifically, plaintiff sought judicial review of the findings and determinations of the Commissioner denying her application for for disability insurance benefits. 42 U.S.C. § 405(g). On July 11, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge Clifford Proud submitted a Report and Recommendation ("R&R") (Doc. 25) recommending that the Court grant plaintiff's request to reverse the Commissioner's final decision and further recommends that the Court remand the matter to the agency for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

    The R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" on or before July 30, 2012. To date, none of the parties have filed objections, and the period in which to file objections has expired.

Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court adopts the R&R in its entirety. The decision of the Commissioner denying plaintiff's application for disability insurance benefits is, pursuant to sentence four of 42 U.S.C. § 405(g), hereby reversed and remanded back to the agency for rehearing and reconsideration of evidence, consistent with the issues addressed in the R&R.

**IT IS SO ORDERED.**

Signed this 1st day of August, 2012.

Digitally signed by
David R. Herndon
Date: 2012.08.01
09:38:18 -05'00'

**Chief Judge**
**United States District Court**