IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN G. HARING,

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.                                                  No. 11-CV-825-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation for United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 1, 2012, the Court **REVERSES** the Commissioner's decision and **REMANDS** the case for rehearing and reconsideration of evidence.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     *s/Sandy Pannier*
            **Deputy Clerk**

Dated: August 1, 2012

Digitally signed by
David R. Herndon
Date: 2012.08.01
10:21:09 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT